IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DANIEL DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-00869-CV-W-BP |
| ) | |
| I.C. SYSTEM, INC., ) | |
| ) | |
| Defendant. ) | |

**CLERK'S ORDER OF DISMISSAL**

On the 22th day of April 2024, a Stipulation of Voluntary Dismissal with Prejudice was filed herein,

IT IS ORDERED that Plaintiff's complaint is hereby **DISMISSED** with prejudice against Defendant I.C. System Inc. Each party to bear their own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date:  April 23, 2024